**YAHOO! MAIL**
Classic

**Activity in Case 1:07-cv-11214-SAS Fiero v. The City of New York et al Endorsed Letter**

**From:** "NYSD_ECF_Pool@nysd.uscourts.gov" <NYSD_ECF_Pool@nysd.uscourts.gov>
**To:** deadmail@nysd.uscourts.gov

Thursday, June 25, 2009 5:40 PM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States District Court**

**U.S. District Court**

**Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 6/25/2009 at 5:40 PM EDT and filed on 6/25/2009

**Case Name:**       Fiero v. The City of New York et al
**Case Number:**     1:07-cv-11214
**Filer:**

**Document Number:** 29

**Docket Text:**
ENDORSED LETTER addressed to Judge Shira A. Scheindlin from Kathy A. Polias dated 6/24/2009 re: Plaintiff respectfully request an extension of the fact discovery deadline from June 30, 2009 to October 30, 2009. ENDORSEMENT: Request denied. The discovery schedule in place was "so ordered" by the Court and must be respected. Lawyers may not assume extensions of time will be granted because they are busy on other matters. All discovery in this case must be completed on August 29, 2009 as scheduled. However, the parties can decide how to use the time between now

**and then. So Ordered. (Signed by Judge Shira A. Scheindlin on 6/25/2009) (jfe)**

**1:07-cv-11214 Notice has been electronically mailed to:**

Anthony Chukwuka Ofodile acofodlie@aol.com, abdul_washington@yahoo.com, kathyapolias@yahoo.com

Jamie Michelle Zinaman jzinaman@law.nyc.gov

Kami Zumbach Barker kbarker@law.nyc.gov

**1:07-cv-11214 Notice has been delivered by other means to:**

Anthony Odofie
The Law Office of Vincent I. Eke-Nweke, P.C.,
498 Atlantic Avenue
Brooklyn, NY 11217

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/25/2009] [FileNumber=6190640-0
]
[2dde8eb509366fc615c9abd0da79908cc7fafefdb868960b4b2ba961d742e23e497
f7653d3a7d0e38899444f7efdd98ba6e3edc0566e5fa81b7e00fb3f5d22bbd]]